UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA, for the use of  :   17 CV 1358 (KMK)
PREFERRED MASONRY RESTORATION, INC., :
                                                  Plaintiff,   :   **ORDER OF DISMISSAL**
    -against-                                          :

INTERNATIONAL FIDELITY INSURANCE  :
COMPANY,                                              :
                                Defendant.   :
-----------------------------------------------------------X

**KENNETH M. KARAS, United States District Judge:**

       The Court having been advised that all claims asserted herein have been settled, it is ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty (30) days of the date of this Order if the settlement is not consummated.

       To be clear, any application to reopen **must** be filed **within thirty (30) days** of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purpose of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court within the same thirty day period to be "so ordered" by the Court. Per Paragraph 4(B) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

       The Clerk of the Court is directed to close the case.

                                                      SO ORDERED

                                                      **KENNETH M. KARAS, U.S.D.J.**

Dated: White Plains, New York
        10/23/20